■ FRANK LABACETTA, Appellant, v. MAC ASPHALT CORPORATION, Respondent.— Motion to dismiss appeal granted by default, with $10 costs, and appeal dismissed. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ JAMES McGOVERN SONS, INC., Respondent, v. JAMES MORENO, Respondent, and JOHN A. SEVERINO et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ JOHN NORMAN, Respondent, v. JOHN F. DRUZBICK, Appellant.— Motion to stay assessment of damages pending appeal granted on condition that appellant be ready to argue or submit the appeal at the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before September 1, 1960. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE BURRELL, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERARD DENNIS, Appellant.— Motion to enlarge time granted; appellant's time to perfect the appeal is enlarged to the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN W. HOLLAND, Appellant.— Motion to enlarge time granted; appellant's time to perfect the appeal is enlarged to the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD KINCH, Appellant.— Motion for reargument of motion, for further reconsideration of motions for leave to appeal as a poor person and for other relief, decided April 4, 1960 denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH C. LIMOGES, Appellant.— Motion for leave to appeal as a poor person, will be treated as a motion to dispense with printing. Motion granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar. Motion for assignment of counsel granted. Edward J. Filipowicz, Esq., 226 Union Street, Poughkeepsie, N. Y., having consented to act, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS HOWARD LUND, Appellant.— Motion for reargument of motion to vacate order entered January 10, 1955 denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN D. WARREN, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ LOTTIE RADMAN et al., Appellants, v. ARNOLD S. AGATSTON, Respondent.— Motion to dismiss appeal granted by default, with $10 costs, and appeal dismissed. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.